*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: _____                Assigned/Issued By: _____

Judge Name: _____                 Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____               Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
                                           (Victim, Against and $ Amount)

☐ Citation to Discover Assets              ☐ Other

☐ Writ _____                     _____
     (Type of Writ)                        _____
                                           (Type of issuance)

_____Original and _____ copies on _____ as to  LVNV FUNDING, LLC
                                  (Date)

_____

_____