**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH GARZA, | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 3197 |
| | ) | Judge Pallmeyer |
| vs. | ) | Magistrate Judge Ashman |
| | ) | |
| LVNV FUNDING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff hereby gives notice that the above-entitled case should be dismissed with prejudice; and respectfully requests that the Court enter an order to that effect.

Respectfully submitted,

s/ Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St., Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

       I, Cassandra P. Miller, hereby certify that on August 4, 2008, the foregoing document was filed electronically using the Court's CM/ECF system and served on the party listed below via facsimile and U.S. Mail.

Michael P. Bahner
Corporate Counsel
LVNV Funding, LLC
15 S. Main St., Suite 600
Greenville, SC 29601
(864) 248-8406
(866) 467-1090 (FAX)

                                            s/ Cassandra P. Miller
                                            Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)