## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3197 | **DATE** | 8/11/2008 |
| **CASE TITLE** | Joseph Garza vs. LVNV Funding, LLC | | |

**DOCKET ENTRY TEXT**

Pursuant to FED. R. CIV. P. 41(a)(1), the above cause is dismissed with prejudice.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|